United States District Court

Eastern District of California

Steven Williams, Sr.,

     Plaintiff,                   No. Civ. S 04-1167 LKK PAN P

  vs.                         Order

Sgt. Nuchols, et al.,

     Defendants.

-oOo-

April 11, 2005, plaintiff requested an extension of time to submit an in forma pauperis application. Good cause appearing, plaintiff's request is granted and the deadline is extended for 30 days from the date this order is signed.

So ordered.

Dated: April 14, 2005

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge