IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN WILLIAMS SR.,** | 2:04-cv-1167 LKK PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **SERGEANT NUCHOLS, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a response to Plaintiff's complaint was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until June 23, 2006, within which to file a response to plaintiff's complaint.

DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

/will1167.ext

*[Proposed] Order Granting*
*Defendants' Request for an Extension of Time*

1