IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN WILLIAMS SR.,**<br><br>            Plaintiff,<br><br>    v.<br><br>**SERGEANT NUCHOLS, et al.,**<br><br>            Defendants. | 2:04-cv-1167 LKK PAN P<br><br>**ORDER GRANTING DEFENDANT NUCHOLS' REQUEST<br>FOR EXTENSION OF TIME** |

   Defendant Nuchols' first request for an extension of time to file a response to Plaintiff's complaint was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendant Nuchols has to and including June 23, 2006 within which to file a response.

DATED:  May 25, 2006.

                              /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

/will2067.ext

[Proposed] Order Granting Defendant Nuchols'
Request for Extension of Time

1