IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS, SR.,

        Plaintiff,                    No. CIV S-04-1167 LKK EFB P

   vs.

SGT. NUCHOLS, et al.,

        Defendants.          <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding without counsel and *in forma pauperis* seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On August 21, 2006, plaintiff filed a document that the court construes as a motion for a preliminary injunction, seeking the return of legal documents after his transfer to another facility. Good cause appearing, defendants will be directed to file a response.

       Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion for a preliminary injunction no later than twenty days from the date of this order.

Dated: November 15, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE